UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GURVINDER SINGH BUTTER,

     Plaintiff,

v.

STEPHEN BROWN et al,

     Defendants.

Case No. 5:25-cv-03402-SB-PVC

ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION

The complaint was filed on December 16, 2025. More than 90 days have passed, and Plaintiff has not filed proof of service for any defendant except HPIL Holdings Inc. Plaintiff is ordered to show cause, in writing, no later than March 25, 2026, why the claims against the remaining defendants should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; L.R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants Stephen Brown, David Postula, Crank Media Inc., and Brown Family Investments, Ltd. were served within the 90-day period or a showing of good cause supporting a request to extend the service period. The filing of a proof of service shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims against any unserved defendants.

Date: March 18, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1